UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                Case No: 8:11-cv-1663-T-35TBM

**FOWLER INVESTMENT
PARTNERSHIP and VITAMIN
SHOPPE INDUSTRIES INC.**,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal with Prejudice, (Dkt. 29) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 30th day of May, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party